UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNDON EDWARD WATLER, ) | |
| ) | |
| Petitioner(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV0727 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent(s). ) | |

**ORDER**

This matter is before the Court upon the parties' Joint Motion for Additional Time (Doc. No. 39). In their Motion, the parties request an extension of the briefing schedule so that they can obtain the July 9, 2009 and July 13, 2009 hearing transcripts. Although the parties assert that the transcripts will not be available until November 4, 2009, the transcripts have been available since approximately August 6, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner shall file his brief in support of his motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody no later than **October 1, 2009**.

**IT IS HEREBY FURTHER ORDERED** that Respondent shall file its response to Plaintiff's motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody no later than **November 2, 2009**.

**IT IS HEREBY FURTHER ORDERED** that Petitioner shall file his reply brief in support of his motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody no later than **November 13, 2009**.

Dated this 31st day of August, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE