# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LYNDON EDWARD WATLER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:08CV727 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**IT IS HEREBY ORDERED** that movant's motion to proceed in forma pauperis [#7] is **DENIED**, without prejudice, as moot.

Dated this <u>14th</u> day of September, 2009.

                                                /s/Jean C. Hamilton
                                                JEAN C. HAMILTON
                                                UNITED STATES DISTRICT JUDGE