UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNDON EDWARD WATLER, ) | |
| ) | |
| Petitioner(s), ) | |
| ) | |
| v. ) | Case No. 4:08CV00727-JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent(s). ) | |

### ORDER

This matter is before the Court on Petitioner's Motion to Continue 28 U.S.C. §2255 in Abeyance. (Doc. No. 59). In his Motion, Petitioner asks for additional time to file his supplemental 28 U.S.C. §2255 brief because his current location does not have a law library with federal research materials.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Continue 28 U.S.C. §2255 in Abeyance (Doc. No. 59) is **GRANTED**, in part. Petitioner is granted until February 26, 2010 to file his supplemental 28 U.S.C. §2255 brief. If Petitioner does not file his brief by February 26, 2010, the Court will rule on his Motion under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. No. 1) based upon the briefing already provided.

Dated this 5th day of January, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE