UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNDON EDWARD WATLER, ) | |
| ) | |
| Petitioner(s), ) | |
| ) | |
| v. ) | Case No. 4:08CV00727 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent(s). ) | |

## **ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time to File Brief (Doc. No. 67). This case was originally filed on May 19, 2008 (Doc. No. 1). On December 7, 2009, this Court granted Watler's Motion to Relieve his Appointed Counsel (Doc. No. 55). Petitioner was granted until January 7, 2010 to file his supplemental 28 U.S.C. §2255 brief. On or around January 5, 2010, the Court granted Petitioner until February 26, 2010 to file his supplemental 28 U.S.C. §2255 brief. Petitioner now seeks another extension to file his supplemental 28 U.S.C. §2255 brief because he claims that the Bureau of Prisons has not provided his legal paperwork. Petitioner asserts that he has complained about this problem to his case manager, but he has not provided any documentation to support this claim. Nevertheless, the Court will grant a short extension for Watler to file his supplemental 28 U.S.C. §2255 brief.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File Brief (Doc. No. 67) is **GRANTED**.

**IT IS HEREBY ORDERED** that Petitioner is granted until March 12, 2010 to file his supplemental 28 U.S.C. §2255 brief.

Dated this 11th day of February, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE